# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# ORLANDO DIVISION

J.G., an individual

      Plaintiff,

v.

                                         CASE NO.:  6:24-cv-00962-PGB-DCI

DU-PAN LIGHTS HOTEL LLC., d/b/a
DAYS INN BY WYNDHAM ORLANDO
AIRPORT FLORIDA MALL,

      Defendant.

_____/

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

An amicable settlement having been reached between Plaintiff J.G. ("**_Plaintiff_**") and Defendant DU-PAN LIGHTS HOTEL LLC., d/b/a DAYS INN BY WYNDHAM ORLANDO AIRPORT FLORIDA MALL ("**_Defendant_**"), it is therefore:

**STIPULATED AND AGREED**, by and between the parties, that the above cause be dismissed with prejudice as to Defendant.  The parties to the settlement are to bear their own costs and attorney's fees incurred in this cause, except as set forth in the settlement agreement.

Resnick & Louis, P.C., 444 Brickell Avenue, Suite #300, Miami, Florida 33131

DOUGLAS AND LONDON, P.C.
Attorney for Plaintiff
59 Maiden Lane, 6th Floor
New York, New York 10038
Telephone: (212) 566-7500

By: *Chloe Makowsky*
   CHLOE MAJOWSKY, ESQ.
   FL BAR No.: 1054383
   cmakowsky@douglasandlondon.com

RESNICK & LOUIS, P.C.
Attorneys for Defendant
444 Brickell Avenue, Suite 300
Miami, Florida 33131
Telephone/Fax: (786) 312-1302

By: ***/s/ Christopher M. McShane***
   CHRISTOPHER McSHANE, ESQ.
   FL BAR NO.: 177512
   cmcshane@rlattorneys.com